# LAW OFFICES OF GAMBINO & DEMERS LLC

222 CHURCH STREET  
POUGHKEEPSIE, NEW YORK 12601  (MAILING ADDRESS)

PHONE (845) 473-0427  
FAX (845) 473-0428

37 FAIR STREET  
CARMEL, NEW YORK 10512

THOMAS M. GAMBINO, ESQ.  
KIM P. DEMERS, ESQ.

TGAMBINO.GAMBINODEMERS@GMAIL.COM  
KDEMERS.GAMBINODEMERS@GMAIL.COM

August 26, 2021

**MEMO ENDORSEMENT**

<u>via ecf</u>  
Hon. Kenneth M. Karas  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, NY  10601

Re:    <u>Taranto v. Putnam County, et al - Docket #: 21-cv-02455 (KMK)</u>

Dear Judge Karas:

I am writing to inform the Court that my client, George Taranto, passed away last night.  I have discussed my client's passing and the content of this letter with Mr. Randazzo.

My client's family will proceed to obtain Letters Testamentary and establish an appropriate estate representative to be substituted for Mr. Taranto.  Mr. Randazzo has indicated he would consent to a Stipulation to be So Ordered by the Court to make this substitution in lieu of a formal Rule 25 motion, if that is acceptable to the Court.

I am in receipt of Mr. Randazzo's motion to dismiss and will certainly continue to prepare a response.  However, I would not be able to fully submit it until I have an appropriate party substitution.  I am therefore requesting the proceedings be stayed pending the estate being established, an executor being appointed and substitution made, which has been consented to by Mr. Randazzo.  Thank you for your consideration.

Very truly yours,

*/s Thomas M. Gambino*

Thomas M. Gambino, Esq. (TG6332)

c:    James A. Randazzo, Esq. – via ecf

The Court grants Plaintiff's request for a stay.  Plaintiff is to file a letter on the docket updating the Court on the status of the case by no later than September 27, 2021.

White Plains, NY  
August 26, 2021

SO ORDERED

KENNETH M. KARAS U.S.D.J.

1