# LAW OFFICES OF GAMBINO & DEMERS LLC

222 CHURCH STREET  
POUGHKEEPSIE, NEW YORK 12601 (MAILING ADDRESS)

PHONE (845) 473-0427  
FAX (845) 473-0428

37 FAIR STREET  
CARMEL, NEW YORK 10512

THOMAS M. GAMBINO, ESQ.  
KIM P. DEMERS, ESQ.

TGAMBINO.GAMBINODEMERS@GMAIL.COM  
KDEMERS.GAMBINODEMERS@GMAIL.COM

October 26, 2021

**via ecf**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

**Re:    Taranto v. Putnam County, et al - Docket #: 21-cv-02455 (KMK)**

Dear Judge Karas:

As directed by the Court, I am writing to provide an update regarding the above case.

Mr. Taranto's family has filed the requisite petitions necessary for probate in Connecticut. I will be provided with Letters Testamentary from the probate attorney upon his receipt, which is estimated to be in the next few weeks. As per my prior letter to the Court, Mr. Randazzo advised he would consent to a Stipulation to be So Ordered by the Court to make substitution in lieu of a formal Rule 25 motion. Plaintiffs would then seek leave to further amend the Complaint to include a wrongful death claim.

An autopsy was performed upon Mr. Taranto by the Connecticut Medical Examiner's Office, which is still conducting its investigation. A cause of death has not yet been determined nor has a report been received from the medical examiner's office.

I spoke with Mr. Randazzo and discussed the content of this letter with him, and am requesting the proceedings be further stayed pending the estate being established. Thank you for your consideration.

Very truly yours,

*/s Thomas M. Gambino*

Thomas M. Gambino, Esq. (TG6332)

c:    James A. Randazzo, Esq. – via ecf