# LAW OFFICES OF GAMBINO & DEMERS LLC

222 CHURCH STREET
POUGHKEEPSIE, NEW YORK 12601 (MAILING ADDRESS)

PHONE (845) 473-0427
FAX (845) 473-0428

MEMO END...

THOMAS M. GAMBINO, ESQ.
KIM P. DEMERS, ESQ.

TGAMBINO.GAMBINODEMERS@GMAIL.COM
KDEMERS.GAMBINODEMERS@GMAIL.COM

July 11, 2023

**via ecf**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>Taranto v. Putnam County, et al - Docket #: 21-cv-02455 (KMK)(VR)</u>

Dear Judge Karas:

This letter is submitted to the Court on behalf of Plaintiffs requesting permission to engage in discovery demand and exchange pending decision of the Defendants' motion to dismiss. Thank you for your consideration.

Very truly yours,

/s Thomas M. Gambino

Thomas M. Gambino, Esq. (TG6332)

c: James A. Randazzo, Esq. – via ecf

Denied. The Motion to Dismiss will be resolved in the near future.

So Ordered.

7/11/23

1