# LAW OFFICES OF GAMBINO & DEMERS LLC

222 CHURCH STREET
POUGHKEEPSIE, NEW YORK 12601  (MAILING ADDRESS)

PHONE (845) 473-0427
FAX (845) 473-0428

THOMAS M. GAMBINO, ESQ.
KIM P. DEMERS, ESQ.

TGAMBINO.GAMBINODEMERS@GMAIL.COM
KDEMERS.GAMBINODEMERS@GMAIL.COM

December 6, 2023

**via ecf**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:**   <u>Taranto v. Putnam County, et al - Docket #: 21-cv-02455 (KMK)</u>

Dear Judge Karas:

Counsel has been scheduled for a pre-motion conference with the Court to be held on December 19, 2023 at 10:30 a.m. I am previously scheduled for trial the morning of December 19th and am respectfully requesting an adjournment of our conference. This request is made with the consent of defense counsel. No prior request for adjournment has been made

If the Court is available, attorneys for all parties are available the afternoon of December 19th and anytime on December 22nd. Thank you for your consideration.

Very truly yours,

/s/ Thomas M. Gambino

Thomas M. Gambino, Esq.

c:   James A. Randazzo, Esq. -- via ecf

*Handwritten note:* The Court will hold the conference via telephone on 12/19/2023 at 2:30 p.m.

SO ORDERED

*[signature]* KMK

12/7/2023