# PORTALE | RANDAZZO

James A. Randazzo, Esq.
jrandazzo@portalerandazzo.com
Direct Dial: 914-359-2410

March 27, 2025

**VIA ECF**
Magistrate Judge Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10606

      Re:    Taranto v. Putnam County, et al.
             21-cv-02455 (VR)

Dear Judge Reznik:

    I write with the consent of Mr. Gambino to advise you that all discovery has been completed in the above-referenced matter. Defendants intend to move for summary judgment and I am requesting until April 11, 2025, to file the required pre-motion letter.

    Thank you for your courtesies.

                              Respectfully,

                              /s/ James A. Randazzo
                              James A. Randazzo

JAR/cp
cc:    Counsel of Record (Via ECF)