**MEMO ENDORSED**

# PORTALE | RANDAZZO

James A. Randazzo, Esq.
jrandazzo@portalerandazzo.com
Direct Dial: 914-359-2410

March 27, 2025

**VIA ECF**
Magistrate Judge Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10606

    Re:    Taranto v. Putnam County, et al.
             21-cv-02455 (VR)

Dear Judge Reznik:

    I write with the consent of Mr. Gambino to advise you that all discovery has been completed in the above-referenced matter. Defendants intend to move for summary judgment and I am requesting until April 11, 2025, to file the required pre-motion letter.

    Thank you for your courtesies.

                                                    Respectfully,

                                                   /s/ James A. Randazzo
                                                 James A. Randazzo

JAR/cp
cc:    Counsel of Record (Via ECF)

The Court concludes that discovery is complete. The following is a briefing schedule for the parties' pre-motion letters:

**4/11/2025** - deadline for Defendants' pre-motion letter
**4/18/2025** - deadline for Plaintiff's response

SO ORDERED.

_/s/ Victoria Reznik_
Hon. Victoria Reznik, U.S.M.J.

Dated: 3/28/2025

---

245 Main Street Suite 340 White Plains, NY 10601
www.portalerandazzo.com
Main: 914-359-2400 | Fax: 914-801-5447