# PORTALE | RANDAZZO

**MEMO ENDORSED**

June 18, 2025

**Via ECF**
Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10606

> Defendants' request is **GRANTED**, and the proposed briefing schedule listed below is adopted.
>
> The Clerk of Court is kindly directed to close the gavel associated with ECF No. 83.
>
> SO ORDERED.
>
> Hon. Victoria Reznik, U.S.M.J.
>
> Dated: 6/20/2025

Re:   Taranto, et. ano. v. Putnam County, et al.
       21 Civ. 2455 (VR)

Dear Magistrate Judge Reznik:

    This firm represents the County of Putnam, Sheriff Robert L. Langley, Jr., Deputy Sheriff Ronald C. Yeager, Investigator Daniel Hunsberger, Deputy Sheriff Ryan Diskin, Deputy Sheriff Vincent Dalo, and Sergeant William Quick (the "Defendants") in the above-mentioned matter. I write today to request a brief extension of the Defendants' deadline to move for summary judgment. Pursuant to the Court's scheduling order, Defendants' motion must be filed no later than June 20, 2025. I request, with consent of Plaintiffs' counsel, a one-week extension of time, from June 20 to June 27, to file Defendants' motion. I am requesting this brief extension due to unplanned medical treatment, specifically I was advised today of an opening in a surgical schedule and a procedure has been scheduled for tomorrow.

    In light of this request to extend the deadline for Defendants' motion, I also request that (1) Plaintiffs' deadline to oppose the motion be similarly extended by one week, from July 20 (a Sunday) to July 28, 2025; and (2) Defendants' deadline to file a reply brief be extended from August 3 (a Sunday) to August 11, 2025.

    Thank you for Your Honor's consideration and courtesy.

Respectfully submitted,

Drew W. Sumner

cc:   Counsel of record (via ECF)

245 MAIN STREET SUITE 340 WHITE PLAINS, NY 10601
WWW.PORTALERANDAZZO.COM
MAIN: 914-359-2400 | FAX: 914-801-5447