**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
CHRISTOPHER P. TARANTO ET AL.,

                        Plaintiffs,                  21 **CIVIL** 2455 (VR)

          -against-                      **JUDGMENT**

 PUTNAM COUNTY ET AL.,

                        Defendants.
------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2026, the motion for summary judgment by Defendants Putnam County, Robert Langley, Jr., Ronald Yeager, Daniel Hunsberger, Ryan Diskin, Vincent Dalo, and William Quick is GRANTED. Accordingly, judgment is hereby entered in favor of Putnam County, Robert Langley, Jr., Ronald Yeager, Daniel Hunsberger, Ryan Diskin, Vincent Dalo, and William Quick and the case is closed.

**Dated:** New York, New York

      March 31, 2026

                              **TAMMI M. HELLWIG**

                              _____
                                 **Clerk of Court**

                **BY:**   _____
                             **Deputy Clerk**